Charles H. ADKINS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 395, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: November 7, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1407018904

DISMISSED.

Darrel PAGE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 488, 2016

Supreme Court of Delaware.

Submitted: October 31, 2016

Decided: November 7, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9911016961

DISMISSED.

Shannon MOFFITT-ALI, Plaintiff Below, Appellant,

v.

STATE FARM MUTUAL AUTOMO-BILE INSURANCE COMPANY, a foreign corporation, Javona Y. Moffitt-Ali, Defendants Below, Appellees.

No. 215, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 9, 2016

Court Below: Superior Court of the State of Delaware C.A. No. N14C-04-117

AFFIRMED.

David A. ALLEMANDI, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 549, 2015

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: November 9, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1308015125

AFFIRMED.